UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-24691-CIV-KING

JORGE R MELENDRES and all others )
similarly situated under 29 U.S.C. 216(b), )
                                          )
              Plaintiff,                  )
     vs.                                  )
                                          )
MANGUAL'S GENERAL SERVICES, INC., )
JOSE E MANGUAL,                           )
              Defendants.                 )
                                          )
_____

# PLAINTIFF'S STATEMENT OF CLAIM

Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Half-time Overtime Claim (1/10/15-12/14/15):**
Amount of half time per hour not compensated: $7
Weeks: 48
Overtime hours per week: 10
Total wages unpaid and liquidated damages: $3,360 X 2 = $6,720

Fees/costs:
J.H. Zidell, Esq.: 1.5 hours X 390 hr = $585
K. David Kelly, Esq.: .9 hours X 350 hr = $315
Stephen Fox, Esq., Esq.: .5 hours X 225 hr = $112.50
Costs: $530

*Plaintiff seeks all fees and costs under the FLSA.
**Plaintiff reserves the right to seek time and one-half overtime damages for any completely unpaid overtime hours should the facts adduced in discovery justify same.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 12/22/15 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**