UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  15-24691-CIV-KING

| | |
|---|---|
| JORGE R MELENDRES, FRANK BETANCOURT, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| MANGUAL'S GENERAL SERVICES, INC., JOSE E MANGUAL, | ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

Defendants Mangual's General Services, Inc. ("MGS"), and Jose E. Mangual ("Mangual") (collectively "Defendants"), hereby respond to the Statement of Claim filed by Plaintiffs Jorge R. Melendres ("Melendres") and Frank Betancourt ("Betancourt") (collectively "Plaintiffs") in the above-entitled matter and state as follows:

1. Contrary to Plaintiffs' Statement of Claim, Plaintiffs were not employed by Defendants during the relevant period.  As a result, Defendants:

- Deny that Plaintiffs were employed by Defendants during the relevant period of time under the Fair Labor Standards Act;

- Deny that Defendants owe Plaintiffs for any unpaid wages; and

- Deny that Plaintiffs worked 10 hours of overtime per week for Defendants during the relevant period.

2. Defendants further deny any violation of the Fair Labor Standards Act and further deny that Plaintiffs are entitled to any relief.

#4808919 v1

Dated: February 26, 2016

Respectfully submitted,

      STEARNS WEAVER MILLER WEISSLER
        ALHADEFF & SITTERSON, P.A.
      *Attorneys for Defendants*
      Suite 2200 - Museum Tower
      150 West Flagler Street
      Miami, Florida 33130
      Telephone:  (305) 789-3200
      Facsimile:   (305) 789-3395

      By: s/ Jorge Freddy Perera
          Rene F. Ruiz, Esq.
          Fla. Bar No. 0520284
          rruiz@stearnsweaver.com
          Jorge Freddy Perera, Esq.
          Fla. Bar No. 93625
          fperera@stearnsweaver.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February, 2016 the foregoing document was served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: s/ Jorge Freddy Perera
          Jorge Freddy Perera

## SERVICE LIST

J.H. Zidell, Esq.
Florida Bar Number: 0010121
Email: ZABOGADO@AOL.COM
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida  33141
Tel: (305) 865-6766
Fax: (305) 865-7167

*Attorney for Plaintiffs*

2

#4808919 v1