UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24691-CIV-KING/TORRES

FRANK BETANCOURT,

    Plaintiff,

v.

MANGUAL'S GENERAL SERVICES, INC.,
and JOSE E. MANGUAL,

    Defendants.
_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Defendants' Motion to Compel Plaintiff's Responses to Defendants' First Set of Interrogatories and First Request for Production to Plaintiff **(D.E. #39)**, filed February 6, 2017, in the above-styled case to the Honorable Edwin G. Torres, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of February, 2017.

                                      JAMES LAWRENCE KING
                                      UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Edwin G. Torres
        All Counsel of Record