# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24691-CIV-KING/TORRES

FRANK BETANCOURT,

    Plaintiff,

v.

MANGUAL'S GENERAL SERVICES, INC.,
and JOSE E. MANGUAL,

    Defendants.

_____/

## REFERRAL TO MAGISTRATE

Upon consideration, the undersigned United States District Judge does hereby refer Plaintiff Frank Betancourt's Motion to Compel Better Responses to Plaintiff's Discovery and for Sanctions **(D.E. #41)**, filed February 14, 2017, in the above-styled case to the Honorable Edwin G. Torres, United States Magistrate Judge for the Southern District of Florida, for all such judicial proceedings as are permissible under the Magistrates' Act and the Rules of Court for the Southern District of Florida.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of February, 2017.

                                                                  JAMES LAWRENCE KING
                                                                  UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Edwin G. Torres
        All Counsel of Record