UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-24691-CIV-KING

JORGE R MELENDRES, FRANK )
BETANCOURT, and all others similarly )
situated under 29 U.S.C. 216(b), )
)
       Plaintiff, )
vs. )
)
MANGUAL'S GENERAL SERVICES, INC., )
JOSE E MANGUAL, )
)
       Defendants. )
_____ )

**PLAINTIFF FRANK BETANCOURT'S MOTION FOR LEAVE TO FILE SUR-REPLY**

       COMES NOW the Plaintiff, Frank Betancourt, by and through the undersigned, pursuant to the Federal Rules of Civil Procedure, and respectfully requests entry of an Order granting Plaintiff leave to file a Sur-Reply to Defendants' Reply to Plaintiff's Response in Opposition to Defendants' Motion to Compel [DE46], and in support thereof states as follows:

1. Defendants raise new issues in their Reply to Plaintiff's Response in Opposition to Defendants' Motion to Compel [DE46] that was not set forth in their Motion and, thus, Plaintiff did not have an opportunity to file a responsive pleading.

2. Such issues concern Defendants seeking sanctions pursuant to 28 U.S.C. § 1927 which, as reflected in [DE46, FN 1], Defendants did not originally seek.

3. Defendants never sought for the Court to award them reasonable fees incurred in preparing their Motion to Compel and/or their Reply and never sought for sanctions to be imposed by the Court's inherent power under 28 U.S.C. §1927 and Plaintiff should have the opportunity to address same.

4. Therefore, Plaintiff respectfully requests leave to file his Sur-Reply pursuant to the applicable Rules.

## MEMORANDUM OF LAW

Because leave is required to file a Sur-reply, Plaintiff files this Motion and respectfully requests the Court consider the fact that Defendants have raised new issues and sought additional relief not previously sought and that Plaintiff did not have an opportunity to previously address. Defendants are for the first time in their Reply [DE46] seeking the imposition of sanctions and Plaintiff should have the opportunity to respond. .

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THE COURT PERMIT LEAVE TO FILE A SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL [DE46].

## CERTIFICATE OF CONFERRAL

The undersigned has conferred with Defense Counsel and they oppose the instant Motion.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah Jaff ___
    Rivkah Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 3/1/17 TO:**

**BAYARDO E. ALEMAN, ESQ.**
**STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON**
**MUSEUM TOWER**
**150 W FLAGLER STREET, SUITE 2200**
**MIAMI, FL 33130**
**PH: 305-789-3506**
**FAX: 305-789-4146**
**EMAIL: BALEMAN@STEARNSWEAVER.COM**

**BY:__/s/____Rivkah Jaff _____**
**RIVKAH JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-24691-CIV-KING

| | |
|---|---|
| JORGE R MELENDRES, FRANK BETANCOURT, and all others similarly situated under 29 U.S.C. 216(b), | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| MANGUAL'S GENERAL SERVICES, INC., JOSE E MANGUAL, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

### ORDER GRANTING PLAINTIFF FRANK BETANCOURT'S MOTION FOR LEAVE TO FILE SUR-REPLY

This matter came on to be heard regarding the Plaintiff's above-described Motion and the Court otherwise being advised in the premises, it is:

ORDERED AND ADJUDGED that the Plaintiff's Motion is hereby GRANTED and therefore:

PLAINTIFF IS GRANTED LEAVE TO FILE A SUR-REPLY TO [DE46]. PLAINTIFF SHALL HAVE SEVEN (7) DAYS FROM THE COURT'S ORDER TO FILE HIS SUR-REPLY TO BE CONSIDERED BY THE COURT.

DONE AND ORDERED in chambers in Miami-Dade, Florida, on this _____ day of _____, 2017.

_____
EDWIN G. TORRES
UNITED STATED MAGISTRATE JUDGE

Copies to: Counsel of Record