UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-24691-CIV-KING

FRANK BETANCOURT, and all others
similarly situated under 29 U.S.C. 216(b),

        Plaintiff,
vs.

MANGUAL'S GENERAL SERVICES, INC.,
JOSE E. MANGUAL,

        Defendants.
_____/

## [~~PROPOSED~~] ORDER BIFURCATING TRIAL INTO TRIALS ON LIABILITY AND DAMAGES

**THIS MATTER** came before the Court on this Court's ordered Pretrial Conference, held at the Miami Division of Court, 99 N.E. 4th Street, Miami, Florida, on May 9th, 2017 at 10:00 a.m. Counsel K. David Kelly was in attendance on behalf of Plaintiff Frank Betancourt. Counsel Bayardo E. Aleman and Giselle G. Madrigal were in attendance on behalf of Defendants, Mangual's General Services and Jose E. Mangual.

After hearing argument from the Parties during the Pretrial Conference, the Court indicated its intent to bifurcate the trial into trials on liability and damages, over Plaintiff's objection. Because Defendants deny ever employing Plaintiff, the Court holds that it would be most efficient for the Parties to try the issue of employment. The Court finds that a significant amount of the proposed evidence goes only to the issue of how many hours Plaintiff worked, an issue that would not have to be reached if a determination is made that Defendants did not employ Plaintiff. Accordingly, the Court hereby bifurcates the trial into two trials (one on liability and one on damages).

The trial on liability will proceed during the two-week trial period beginning on July 24, 2017, as scheduled in the Court's Order Setting Trial, D.E. 15. To the extent, the Plaintiff prevails on the trial on liability, the trial on damages shall be scheduled shortly thereafter by further order of the Court.

The Parties shall submit amended witness lists and exhibit lists, which they believe address only the issues pertaining to the trial on liability (i.e., whether Defendants employed or did not employ Plaintiff Frank Betancourt). The amended exhibit and witness lists shall be filed on or before Friday, May 19, 2017. Additionally, the Parties shall file an amended pretrial stipulation, addressing issues that are only pertinent to the trial on liability. The Parties shall file the amended pretrial stipulation on or before Monday, May 29, 2017.

DONE AND ORDERED in chambers in Miami, Florida, on this ___17___ day of May 2017.

JAMES L. KING
SR. UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

#5725691

2